UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES HARPER,

        Plaintiff,

       v.

NORFOLK SOUTHERN RAILWAY
COMPANY,

        Defendant.

Case No. 2:12-CV-00049
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

The Court will hold a telephone **STATUS CONFERENCE** on **TUESDAY JULY 16,**

**2013** at **2:00 p.m.** to discuss Plaintiff's pending Motion for Leave to file its proposed Second

Amended Complaint (ECF No. 45).[1]  The Court will initiate the call.

**IT IS SO ORDERED.**

7-11-2013
_____
**DATE**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Counsel are directed to contact chambers if they cannot participate at this time.